| AO 10 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics |
|---|---|---|
| Rev. 1/2008 | FOR CALENDAR YEAR 2007 | in Government Act of 1978 |
| | | (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pepper, William A | District Court Northern MS | 07/10/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge - Active | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2007 to 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 305 Main Street <br> Ste 329 <br> Greenville MS 38702 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

DISCLOSURE FINANCIAL OFFICE 2008 JUL 17 A 11: 02 RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 02-05-96 | SYMETRA FINANCIAL (FORMERLY SAFECO ASSIGNED BENEFITS SERVICE COMPANY) FOR PAYMENT OF LEGAL FEES. PAYMENTS ARE INCLUDED IN INCOME IN PART III. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, William A | 07/10/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | Public Employees Retirement System of Mississippi, retirement income | $ 12,480 |
| 2. 2007 | Earnings from law practice - earned prior to 7/21/99 | $ 2,888 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, William A | 07/10/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 50% interest Pepper & Cossar - farm land Humphreys County MS | E | Rent | O | W | | | | | |
| 2. Langston Nowell & Pepper rental real estate Cleveland MS | C | Rent | L | W | | | | | |
| 3. REGIONS BANK CLEVELAND MS | A | Int./Div. | K | T | | | | | |
| 4. CLEVELAND STATE BANK CLEVELAND MS | A | Interest | K | T | | | | | |
| 5. Cleveland State Bank Cleveland MS | A | Interest | J | T | | | | | |
| 6. CLEVELAND COMMUNITY BANK, CLEVELAND MS | B | Interest | L | T | | | | | |
| 7. CAPITAL WORLD GROWTH & INCOME FUND-American Funds | D | Dividend | L | T | | | | | |
| 8. CAPITAL INCOME BUILDERS A-American Funds | C | Dividend | K | T | | | | | |
| 9. FEDERATED AMERICAN LEADERS FUND | D | Dividend | K | T | | | | | |
| 10. GOLDMAN SACHS GROWTH & INCOME FUND | D | Dividend | K | T | | | | | |
| 11. LORD ABBETT AFFILIATED FUND CL A | D | Dividend | L | T | | | | | |
| 12. NEW ECONOMY FUND CL A- American Funds | D | Dividend | L | T | | | | | |
| 13. SMALLCAP WORLD FUND CL A-American Funds | D | Dividend | L | T | | | | | |
| 14. WASHINGTON MUTUAL INVESTORS | C | Dividend | L | T | | | | | |
| 15. AMCAP FUND CL A | C | Dividend | L | T | | | | | |
| 16. GROWTH FUND OF AMERICA CL A-American Funds | D | Dividend | L | T | | | | | |
| 17. NEW PERSPECTIVE FUND CL A-American Funds | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, William A | 07/10/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FT TEMPLETON FOREIGN FUND C | D | Dividend | L | T | | | | | |
| 19. AVIVA LIFE INS (IRA 1) | B | Interest | K | T | | | | | |
| 20. IRA 2- US TREAS SECUTITIES SERIES P | A | Interest | K | T | | | | | |
| 21. WAL-MART COMMON | A | Dividend | J | T | donated part | 12-11 | J | | |
| 22. INTEL CORP | A | Dividend | | | sell | 9-22 | J | | |
| 23. JDS UNIPHASE | | None | | | sell | 9-25 | J | | |
| 24. IRA 3 - LINES 24-36 SHOW VALUES | E | Int./Div. | | | | | | | |
| 25. - FEDERATED AMERICAN LEADERS FD CL A | | Dividend | K | T | | | | | |
| 26. - HARTFORD ADVISORS FD A | | Dividend | J | T | | | | | |
| 27. - HARTFORD DIV & GROWTH A | | Dividend | K | T | | | | | |
| 28. - LORD ABBETT AFFILIATED FD A | | Dividend | K | T | | | | | |
| 29. - HARTFORD MIDCAP A | | Dividend | K | T | | | | | |
| 30. - PUTNAM INVESTORS FUND A | | Dividend | K | T | | | | | |
| 31. - HARTFORD CAP APPREC A | | Dividend | K | T | | | | | |
| 32. - CAPITAL INCOME BUILDERS A-American Funds | | Dividend | L | T | | | | | |
| 33. - CAPITAL WORLD GROWTH & INCOME-American Funds | | Dividend | L | T | | | | | |
| 34. - NEW WORLD GROWTH-American Funds | | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, William A | 07/10/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - INCOME FUND OF AMERICA-American Funds | | Dividend | K | T | | | | | |
| 36. -INVESTMENT CO OF AMERICA-American Funds | | Dividend | L | T | | | | | |
| 37. IRA4 HARTFORD CAP APPREC | A | Dividend | J | T | | | | | |
| 38. FT FRANKLIN CAPITAL GROWTH FUND C | B | Dividend | K | T | | | | | |
| 39. PUTNAM INVS FD INC SBI CL A | | None | | | sell | 7-10 | K | A | |
| 40. TEMPLETON WORLD FUND CL C | C | Dividend | K | T | | | | | |
| 41. PUTNAM NEW OPPTYS FUND CL A | | None | | | sell | 7-10 | K | | |
| 42. AMERICAN MOVIL SA | A | Dividend | K | T | | | | | |
| 43. MFS MONEY MARKET FD | B | Dividend | | | sell | 2-28 | M | | |
| 44. STATE BANK & TRUST CO | C | Interest | L | T | | | | | |
| 45. BAXTER INTERNATIONAL | A | Dividend | K | T | | | | | |
| 46. DOLLAR GENERAL | | None | | | sell | 3-12 | J | B | |
| 47. ZIMMER HOLDINGS | | None | J | T | | | | | |
| 48. WALGREEN | A | Dividend | J | T | | | | | |
| 49. VAN KAMPEN UNIT TRUST | A | Dividend | K | T | | | | | |
| 50. CORTLAND GEN MONEY MARKET FUND | A | Dividend | J | T | | | | | |
| 51. ANB FINANCIAL NATL ASSN | C | Interest | L | T | BUY | 2-28 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | Q =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, William A | 07/10/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. FRANKLIN TEMPLETON EQUITY INCOME A | A | Dividend | J | T | BUY | 2-28 | J | | |
| 53. S&P DEPOSITARY RECEIPTS | A | Dividend | K | T | BUY | 2-28 | K | | |
| 54. TEMPLETON WORLD FUND A | B | Dividend | K | T | BUY | 2-28 | J | | |
| 55. TEMPLETON FOREIGN FUND A | C | Dividend | J | T | BUY | 2-28 | J | | |
| 56. | | | | | BUY | 11-06 | J | | |
| 57. TIFFANY & CO | | None | J | T | BUY | 2-28 | J | | |
| 58. DUKE ENERGY | A | Dividend | J | T | BUY | 2-28 | J | | |
| 59. EDWARD JONES MONEY MARKET FUND (X) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, William A | 07/10/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line 23 in 2006 report, line 20 in 2007 - reported as sell in 2006, but was a transfer to a different broker account

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FAL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544